E-FILED
Wednesday, 07 October, 2026 09:05:10 AM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | | |
|---|---|---|
| IN RE: NON-JUDICIAL CIVIL FORFEITURE PROCEEDING: | ) | |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | No: 26-mc- 2015 |
| | ) | |
| vs. | ) | |
| | ) | |
| $6,236.00 in UNITED STATES CURRENCY | ) | |
| | ) | |
| Defendant. | ) | |

**UNITED STATES' UNOPPOSED MOTION TO EXTEND TIME TO FILE COMPLAINT FOR FORFEITURE**

The United States of America (United States), through John D. Hoelzer, Assistant United States Attorney, as authorized by 18 U.S.C. § 983(a)(3)(A), moves the Court to extend the time in which the United States is required to file a complaint for forfeiture from October 11, 2026, to January 11, 2027, regarding property to which a claim has been filed by Trentaia Johnson (Claimant) in a nonjudicial civil forfeiture proceeding with the Federal Bureau of Investigation (FBI). In support thereof, the United States represents to the Court as follows:

1. On or about June 26, 2026, the FBI sent a Notice of Seizure of Property and Initiation of Administrative Forfeiture Proceedings, as required by 18 U.S.C. § 983(a)(1)(A), to all known interested parties with respect to $6,236.00 in United States currency (the property).

2. On July 13, 2026, Claimant filed a claim to the property in the administrative forfeiture proceeding with the FBI. No person other than Claimant has filed a claim to the property, and the time to do so has expired under 18 U.S.C. § 983(a)(2)(A)-(E).

3. Once a claim is filed in the administrative forfeiture proceeding, the United States is required to file a complaint for forfeiture against the property within 90 days, unless the court extends the deadline for good cause shown or by agreement of the parties, pursuant to 18 U.S.C. § 983(a)(3)(A). The United States' deadline to file a complaint against the property is October 11, 2026.

4. On September 28, 2026, undersigned counsel contacted Claimant to request additional information related to the claim she filed with the FBI that the property was lawfully obtained from her winnings at Jackpot Go, an interactive gambling platform owned by Relaxing Moonlight Games, Inc. When no response was received, undersigned counsel subsequently reached out to Claimant on October 6, 2026, to follow up on the request for information and to obtain her position on this request for an extension of time. Claimant advised that she has no objection to the requested extension.

5. Additionally, the Court is advised there is a related criminal matter in the Central District of Illinois entitled *United States v. Raheem Mullins*, *et al.* (criminal no. 26-cr-20018). This property was seized by law enforcement at the time a search warrant was executed at the residence of Claimant's boyfriend, Raheem Mullins, on April 28, 2026, and Claimant filed a claim to that property on July 13, 2026. Undersigned counsel

requires additional time to assess whether the filing of a civil forfeiture complaint at this time would jeopardize an ongoing criminal action or investigation.

WHEREFORE, the United States respectfully requests that the Court extend for good cause the period in which the United States is required to file a complaint for forfeiture against the property to January 11, 2027.

Respectfully submitted,

GREGORY M. GILMORE
UNITED STATES ATTORNEY

By: /s/ John D. Hoelzer
John D. Hoelzer, IL Bar No. 6295098
Assistant United States Attorney
United States Attorney's Office
318 South Sixth Street
Springfield, IL 62701
Telephone: (217) 492-4450
Email: john.hoelzer@usdoj.gov

**CERTIFICATE OF SERVICE**

On October 6, 2026, the following persons were served with a copy of the foregoing electronically or by mailing them a copy:

Trentaia Johnson
702 Jewell Street
Danville, IL 61832

/s/ John D. Hoelzer
John D. Hoelzer